

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00263-CV

| | | |
|---|---|---|
| GADBERRY CONSTRUCTION COMPANY, INC., Appellant | § | On Appeal from the 141st District Court |
| | § | |
| V. | | of Tarrant County (141-291001-17) |
| | § | |
| | | July 18, 2019 |
| ROBERT RANEY D/B/A STAMPED CONCRETE, Appellee | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. We affirm the trial court's judgment and order Appellant Gadberry Construction Company, Inc. to pay all appellate costs.

We further order that Appellee Robert Raney d/b/a Stamped Concrete have and recover from Appellant Gadberry Construction Company, Inc. and from its cash deposit in lieu of supersedeas bond the amount adjudged in the trial court's judgment together with any unpaid appellate costs, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Elizabeth Kerr
Justice Elizabeth Kerr